IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GARY & NORMA O'GRADNEY | ) |
| | ) |
| Sovereign Bank, | ) |
|       Creditor, | ) |
| | ) |
|    vs. | ) CASE NO. 11B05620 |
| | ) JUDGE Manuel Barbosa |
| GARY & NORMA O'GRADNEY, | ) |
|      Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Sovereign Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1.  The Debtor is due for the February 2012 contractual payment and all those thereafter.

2.  The following is an itemization of the amounts due on the loan as of February 23, 2012:

|   |   |
|---|---|
| a. Attorney's Fees | $250.00 |
| b. Payments (2/12) | $1,973.97 |
| c. Late Charges | $662.00 |
| Total | $2,885.97 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Sovereign Bank rights to collect these amounts will be unaffected.

Respectfully Submitted,
Sovereign Bank

/s/Toni Dillon
Toni Dillon ARDC#6289370
Pierce and Associates, P.C.
1 North Dearborn

```
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```